INDEX # : _____   12 CV 2234
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF**
**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys: NESENOFF & MILTENBERG, LLP   PH: 212-736-4500
Address: 363 SEVENTH AVE, 5TH FLR  NEW YORK  NY 10001   File No.: _____

**LIBERTY MEDIA HOLDINGS, LLC**

vs                                              *Plaintiff(s)/Petitioner(s)*

**CARY TABORA, ET ANO**

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:             **AFFIDAVIT OF SERVICE**

_____ Marilee Kilsheimer _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On  March 29, 2012  at  11:14AM , at  54 MURRAY TRIBECCA, 54 MURRAY STREET, NEW YORK, NY 10004 , deponent served the within SUMMONS, CIVIL COVER SHEET, RULE 7.1 STATEMENT AND COMPLAINT

on: **SCHULYER WHETSTONE** , **Defendant** therein named.

#1 INDIVIDUAL [X] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 [ ] By delivering thereat a true copy of each to_____ personally, deponent knew the person so served to be the_____ of the , and authorized to accept service on behalf of the .

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to_____ _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____.

#5 MAIL COPY [ ] On _____, deponent completed service by depositing a true copy of each document to the Defendant at 54 MURRAY TRIBECCA, 54 MURRAY STREET, NEW YORK, NY 10004 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail #_____

#6 DESCRIPTION [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male   Color of skin: Black   Color of hair: Bald   Age: 20 - 30 Yrs.   Height: 5' 4" - 5' 8"
Weight: 100 - 130 Lbs.   Other Features:_____

#7 WIT. FEES [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC CIVIL COURT [ ] The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER [ ]

Sworn to before me on   March 30, 2012

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2014

Marilee Kilsheimer
Server's Lic # 1421868
Invoice/Work Order # 12007033

SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM