UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

LIBERTY MEDIA HOLDINGS, LLC,                    :
                                                :
                              Plaintiff,         :        12 Civ. 02234
                                                :
        -against-                               :
                                                :
CARY TABORA and SCHULYER WHETSTONE,             :
                                                :
                              Defendants.        :
-----------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )ss.:
COUNTY OF NEW YORK       )


        **MARCO A. SANTORI** being duly sworn, deposes and says: I am not a party to this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

        On the 18th day of April, 2012 I served a true copy of the annexed **SUMMONS & COMPLAINT, RULE 7.1 STATEMENT AND CIVIL COVER SHEET** by Electronic Transmission to Defendant Cary Tabora's attorney, who represented to me that he was authorized to accept service of process at the following email address:

TO:    Kelly Talcott, Esq.
       kelly@kdtalcott.com


                                              _____
                                              Marco A. Santori

Sworn to before me this
18th day of April, 2012


_____
NOTARY PUBLIC

ALAN M. SHECTMAN
Notary Public, State of New York
No. 02SH5049602
Qualified in Putnam County
Commission Expires September 18, 20 13