# RETURN OF SERVICE

| | | | |
|---|---|---|---|
| State of: | New York | Court: | United States District Court Southern District |
| County of: | | Court Case #: | 12Civ.02234 |
| | | Court Date: | |
| | | Issued Date: | 3/21/2012 |
| **Plaintiff:** | | Our Case #: | A1966-20 |
| Liberty Media Holdings, LLC | | Client's ref #: | 12Civ.02234 |

**Defendant:**
Cary Tabora and Schulyer Whetstone

**For:**
Erika Dillon
Liberty Media Holdings, LLC
10620 Southern Highlands Parkway # 110-454
Las Vegas, NV 89141

Received by Counter Intelligence Services on the 10th day of April 2012 to be served on **Cary Tabora**, located at 6240 SW 37th Court Davie Florida 33314.

I, Douglas Nelson, duty sworn, declare that on the 11th day of April 2012 at 6:25 PM, I **SUBSTITUTE SERVED** this paper of process **SUMMONS IN A CIVIL CASE** by leaving a copy at the within named person's usual place of residence; to a person residing therein who is at least 15 years of age or older to the witness of Lawurence Tabora as Father and informed same of the contents within.

Server said: Is Cary home, and the father responded with, "he will be home later I'm his dad can I help you". Based on those facts & knowing the subject (Cary Tabora) has his driver's license & voter registration here as well, we sub served the father (Lawurence Tabora). Description: 5'9", glasses, gray hair, mid 50's. NOTE: The address provided (6420 SW 37th Court) was incorrect, it's (6240 SW 37th Court Davie FL) & we confirmed this via the Broward property appraiser's office.

I certify that I am over the age of 18, have no interest in the above case and endorse the date and time of said service.

Douglas Nelson
Lic#: 773
Proccess Server

Counter Intelligence Services
9 SW 13th Street Second Floor
Fort Lauderdale, FL 33315
954-764-7393

NOTARY PUBLIC   (Signature & Seal)

Subscribed and Sworn to, before me on
11th day of April 2012

☒ Personally Known
☐ Provided ID

DARREN L. EPSTEIN
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE139519
Expires 2/17/2016

Copyright © 2006 - 2012, Virtual Case Management, LLC