UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LIBERTY MEDIA HOLDINGS, LLC,

                       Plaintiff,          :     12 Civ. 02234

    -against-

CARY TABORA and SCHULYER WHETSTONE,

                     Defendants.
-------------------------------------------------------------------X

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            )ss.:
COUNTY OF NEW YORK  )

     **MARCO A. SANTORI** being duly sworn, deposes and says: I am not a party to this action, I an attorney, over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

     On the 7th day of May, 2012 I served a true copy of the annexed **DECLARATION OF MARCO SANTORI IN OPPOSITION TO DEFENDANT CARY TABORA'S MOTION FOR EXTENSION OF TIME** by using the ECF System for filing and transmittal to counsel for Defendant.

                                                                    _____/s/_____
                                                                     **Marco A. Santori**