EXHIBIT 1

| | |
|---|---|
| 1 | WILLIAM SKINNER (SBN 257139)<br>2667 Camino Del Rio South |
| 2 | Suite 100B<br>San Diego, CA 92108 |
| 3 | Phone: (800) 659-5937<br>Fax:   (800) 601-9076 |
| 4 | |
| 5 | Attorney for Defendant CARY TABORA |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS LLC,<br>A Corporation,<br><br>                 Plaintiff,<br><br>v.<br><br>CARY TABORA,<br><br>                 Defendant. | Case No. 11-CV0651 IEG JMA<br><br>**DECLARATION OF DEFENDANT CARY TABORA IN SUPPORT OF HIS MOTION TO DISMISS** |

**DECLARATION**

1. I, Cary Tabora, declare as follows under penalty of perjury:
2. I am Defendant in this case and have personal knowledge of the facts herein and could competently testify to their veracity.
3. I am a graduate student and have resided in the State of New York, City of New York, for the past four years.
4. After graduate school I intend to work and live in New York.
5. I have never visited California and have had no meaningful contact with any entity there.

6. If necessary I intend to call as a witness in this case a Mr. Whetstone who, at all relevant times, was my roommate and has knowledge of material facts related to the case. He is also a resident of New York.

7. At no time before the commencement of this case did I have any idea that Liberty Media or Corbin Fisher had a principal place of business in San Diego.

8. At no time did I sign a contract or agree in any way to legal venue in San Diego.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2011.

_____
CARY TABORA