UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK
-----------------------------------------------------------------X
LIBERTY MEDIA HOLDINGS, LLC,

                        Plaintiff,                        12 Civ. 2234-LAK

    -against-

CARY TABORA and SCHULYER                 NOTICE OF MOTION
 WHETSTONE,

                      Defendants.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the enclosed Memorandum of Law, Declaration of Andrew T. Miltenberg, executed on July 25, 2012, the exhibits attached thereto, and the pleadings herein, Plaintiff will move this Court, before the Honorable Lewis A. Kaplan, for an Order granting Plaintiff's motion for leave file an Amended Complaint in this action.

Dated: July 25, 2012

                                                  NESENOFF & MILTENBERG, LLP

                                                  By: */s/ Andrew T. Miltenberg*
                                                  Andrew T. Miltenberg, Esq. (7006)
                                                  Marco A. Santori, Esq. (7422)
                                                  **Attorneys for Plaintiff**
                                                  363 Seventh Avenue - 5th Floor
                                                  New York, New York 10001
                                                  (212) 736-4500