# EXHIBIT 8

FAQ    SUPPORT    CONTACT










0 item(s): $0.00



### Down on the Farm DVD

**RETAIL PRICE:** $69.95 (USD)

**SALE PRICE:** $59.95 (USD)

**CF MEMBER PRICE:** $54.95 (USD)

ADD TO CART



In stock and available.

**Ready to get plowed?**

A whole stable of Corbin Fisher studs goes DOWN ON THE FARM for a smokin' photo and video shoot.

Filled with exclusive, no-holds-barred action, and filmed in HD on location deep in the American heartland, this DVD shows what really goes on in the haystacks. All your favorites; Connor, Dawson, Dru, Elijah, Trey and Travis, head down to the farm to saddle up the horses– and each other!

DOWN ON THE FARM is 126 minutes of steer wrestling, bucking broncos and pole-bending – and that's just the indoor action! The DVD also features hilarious outtakes and other extras. The scenes are all-new and have never before been released! (And we promise - none of our two-legged stallions were harmed during the making of this film!)

Get ready to ride hard! Quantities are limited for this DVD, so order your copy today so you can see what's growing DOWN ON THE FARM!

NOTICE: Individuals considering purchasing this title should be aware all action scenes were filmed without the use of condoms, and be comfortable viewing such material before buying.





