UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK
----------------------------------------------------------------X
LIBERTY MEDIA HOLDINGS, LLC,

                  Plaintiff,

-against-

CARY TABORA and SCHULYER
WHETSTONE,

                 Defendants.
----------------------------------------------------------------X

MEMO ENDORSED

12 Civ. 2234-LAK

NOTICE OF MOTION

      **PLEASE TAKE NOTICE** that upon the enclosed Memorandum of Law, Declaration of Andrew T. Miltenberg, executed on July 25, 2012, the exhibits attached thereto, and the pleadings herein, Plaintiff will move this Court, before the Honorable Lewis A. Kaplan, for an Order granting Plaintiff's motion for leave file an Amended Complaint in this action.

Dated: July 25, 2012

                                   NESENOFF & MILTENBERG, LLP

                                   By: _/s/ Andrew T. Miltenberg_
                                   Andrew T. Miltenberg, Esq. (7006)
                                   Marco A. Santori, Esq. (7422)
                                   Attorneys for Plaintiff
                                   363 Seventh Avenue - 5th Floor
                                   New York, New York 10001
                                   (212) 736-4500

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

<u>Memorandum Endorsement</u>     <u>Liberty Media Holdings, LLC v. Tabora, 12 Civ. 2234 (LAK)</u>

The motion for leave to amend is granted, provided however that the previously dismissed negligence claim is not resurrected by this ruling. The Court takes its inclusion in the amended complaint to reflect nothing more than plaintiff's wish to avoid any contention that its omission should foreclose appellate review of the Court's prior ruling.

The Court recognizes that there is a question as to whether the certificate of copyright registration referred to in paragraph 1 of the amended complaint reflects registration of the accused work at issue in this case. This presumably may be resolved on a motion for summary judgment. Pending further order of the Court, discovery as to all other issues is stayed. Discovery concerning the question of the correspondence or lack thereof between the work that is the subject of the certificate registration and the accused work shall be completed by November 15, 2012.

SO ORDERED.

Dated:    September 5, 2012

_____
Lewis A. Kaplan
United States District Judge